UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.     6:13-cr-19-ORL-31TBS

DEMETRICES TAVARES MITCHELL

------

ORDER

This cause comes before the Court on Defendant, Demetrices Tavares Mitchell's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 23).

Defendant is charged by indictment with ten counts of bank fraud, one count of use of an unauthorized access device, and eleven counts of aggravated identity theft. (Doc. 12). He is currently incarcerated at the Everglades Correctional Institution, Miami, Florida. (Doc. 23). On January 25, 2013, Defendant filed a pro se Motion for Appointment of Counsel. (Doc. 9). The Court entered an Order on the motion, stating that when Defendant arrives in this District, the Court will obtain a financial affidavit from him, and if the Court finds that Defendant is indigent, it will appoint counsel to represent him. (Doc. 10). On January 31, 2013, the Court issued an Amended Writ of Habeas Corpus Ad Prosequendum directing that the Defendant be brought before the Court for an initial appearance on February 20, 2013 at 10:00 a.m. (Doc. 22). The Court construes Defendant's pending Application to Proceed in District Court Without Prepaying Fees or Costs as his attempt to satisfy the financial affidavit requirement.

Upon due consideration, the Court will CARRY Defendant's Application until his initial appearance at which time, the Court should be able to make a determination

concerning Defendant's indigency, and, if appropriate, the Court will appoint counsel to represent the Defendant.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on February 5, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    All Counsel
    Defendant